■ CLARA Fox et al., Appellants, v NEW YORK CITY HOUSING AUTHORITY, Respondent, et al., Defendant. [619 NYS2d 568] —Order of the Appellate Term of the Supreme Court, First Department (Riccobono, J. P., and Miller, J.; McCooe, J., dissenting), which reversed an order of the Civil Court, New York County (Louis B. York, J.), entered on or about May 1, 1991, unanimously reversed, without costs, for the reasons stated in the dissenting opinion of McCooe, J., at Appellate Term. No opinion. Concur—Sullivan, J. P., Ross, Asch and Rubin, JJ.